IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARVINMERITOR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) |
| FEDERAL-MOGUL CORPORATION, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

COMPLAINT

Plaintiff ArvinMeritor Inc. ("ARM") for its complaint against Defendant Federal-Mogul Corporation ("F-M"), demands a jury and hereby alleges as follows:

NATURE OF THE ACTION

1. This is a commercial dispute between ARM and F-M concerning liability for warranty costs incurred by ARM for the replacement of defective pinion seals that ARM purchased from F-M after the Petition Date (as defined below) and installed on heavy duty truck drive axles.

PARTIES

2. ARM is a corporation organized under the laws the State of Indiana, with its principal place of business at 2135 West Maple Road, Troy, Michigan 48084.

3. F-M is a corporation organized under the laws of the State of Michigan, with its principal place of business at 26555 Northwestern Highway, Southfield, Michigan 48034.

4.  On October 1, 2001 (the "Petition Date"), F-M, along with certain of its wholly-owned U.S. and foreign subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, jointly administered under Case No. 01-10578 (JKF) ("Bankruptcy Case"). At present, F-M and the Debtors have continued in possession of their properties and have continued to operate their businesses as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

## JURISDICTION AND VENUE

5.  This is an action for breach of warranty for product sold by F-M to ARM in the operation of F-M's business after the commencement of the Bankruptcy Case.

6.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1334(b).

7.  Venue is proper in this district pursuant to 28 U.S.C. § 1409(e).

## THE FACTS

8.  ARM manufactures, among other things, heavy duty single and tandem drive axles for trucks that haul freight over long distances. In order to keep contaminants from entering the axles and lubricant from leaking out of the axles where they connect to the drive shafts of the trucks, pinion seals ("Seals") are installed. The Seals are ring shaped and are pressed into the axle housing.

9. F-M, together with its affiliates, is an automotive and vehicle parts manufacturer, which provides products to the automotive, small engine, heavy-duty, and industrial markets. Among the products manufactured by F-M are pistons, rings, and sealing systems, including Seals.

10. F-M has been supplying Seals to ArvinMeritor since the early 1990s, and ARM has used the Seals in the manufacture of axles, which ARM has sold to its customers, truck manufacturers.

11. ARM's axles are warranted for 3 years or 300,000 miles, the same warranty offered by the truck manufacturers. If a Seal leaks during the warranty period, ARM has to reimburse the owner of the truck for costs associated with the replacement of the Seal. It costs approximately $125 to replace a $9 Seal, inclusive of parts and labor.

12. From and after the Petition Date, F-M manufactured Seals in the normal operations of its business, which ARM purchased to manufacture ARM's axels.

13. In late 2001 almost 1 out of every 8 axles being assembled by ARM experienced a prematurely failing Seal. Seals that were supposed to last for 300,000 miles were leaking at less than 15,000 miles.

14. As a result of these problems, in 2002 and 2003, F-M focused on improving its supply and assembly processes, and made design changes intended to reduce the likelihood of contamination and leakage around the outside diameter of the Seal. F-M also changed the type of rubber used in the excluder lip to improve durability.

It added a flow-on-gasket (essentially a bead of caulk) around the circumference of the outside diameter.

15. Despite these attempted improvements, the failure rate of the Seals did not decline. In fact, it increased. For axles assembled in June 2003, the failure rate of the Seals increased to over 20%. Also, for axles assembled after all the improvements were made, the cumulative effect of which should have been to lower the failure rate, the failure rate of the Seals grew to 40%.

16. In November 2003, the plant in which F-M assembled the Seals (the "Plant") was placed on "full containment". This is a rigorous process that seeks to insure that products that leave the plant are not defective and are within specification.

17. In November, 2003, a third-party auditor was placed at the Plant. The auditor was at the Plant for over a year. The audtior's reports confirm that F-M's processes were out of control and remained that way for a period of time.

18. Even though F-M's assembly process was never brought fully under control, monitored containment did greatly reduce the number of defective parts being supplied to ARM, and claims by truck owners based on leaking Seals thereafter declined.

19. F-M provided a written warranty with respect to the Seals it sold to ARM. F-M's express warranty obligations are prescribed by that certain Purchase Order (the "Purchase Order") between F-M, as the Seller, to ARM, as Buyer. The relevant language states:

4

> WARRANTY: .... Seller warrants that products will conform to any drawings or specifications furnished by the Buyer as part of this Order. If Buyer has not furnished any such drawings or specification then Seller warrants that Products will be fit and sufficient for the purpose intended. Seller also warrants that all Products supplied will be ... of good material and workmanship, free from defect ....Buyer shall have all legally available remedies for breach of warranty.

20. ARM has incurred through March 31, 2006, approximately $15.8 million in warranty expenses because of defective Seals delivered to ARM by F-M after the Petition Date.

21. ARM has not stopped incurring warranty expenses due to defects in the Seals sold to it by F-M after the Petition Date. Only trucks put into service before April 2003 are out of warranty. Trucks put into service in March or April of 2005, the last trucks utilizing the Seals, will not go out of warranty until at the latest March 2008.

## COUNT I
### (Breach of Express Warranties)

22. The averments of paragraphs 1 through 21 are incorporated herein by reference as if fully set forth herein.

23. In connection with the sale of the defective Seals to ARM, F-M breached express warranties, including without limitation, the express warranties set forth in the Purchase Order.

24. As a direct and proximate result of F-M's breaches of such express warranties, ARM has suffered and will continue to suffer monetary damages in an amount to be shown at trial, but not less than $15.8 million.

## COUNT II
### (Breach of Implied Warranties)

25. The averments of paragraphs 1 through 24 are incorporated herein by reference as if fully set forth herein.

26. In connection with the sale of the defective Seals to ARM, F-M breached implied warranties, including without limitation, the implied warranty of merchantability, and the implied warranty of fitness for a particular purpose.

27. As a direct and proximate result of F-M's breaches of such implied warranties, ARM has suffered and will continue to suffer monetary damages in an amount to be shown at trial, but not less than $15.8 million.

## COUNT III
### (Breach of Contract)

28. The averments of paragraphs 1 through 27 are incorporated herein by reference as if fully set forth herein.

29. Pursuant to the Purchase Order and the Purchase Order Terms, F-M agreed, *inter alia*, that the Seals sold to ARM would be in merchantable condition and free from defects, and that they would be fit for the particular use specified by ARM.

30. F-M's delivery of defective Seals to ARM constituted a breach of the Purchase Order.

31. On each occasion when F-M breached the Purchase Order, ARM had performed its material obligations that had then accrued under the Purchase Order.

32. As a direct and proximate result of F-M's breach of contract, ARM has suffered and will continue to suffer monetary damages in an amount to be shown at trial, but not less than $15.8 million.

## PRAYER FOR RELIEF

**WHEREFORE** ARM prays for relief as follows:

(a) that this Court enter judgment against F-M for monetary damages in the amount of ARM's losses caused by the defective Seals of at least $15.8 million, together with pre-judgment interest, post-judgment interest, and costs of this action and award ARM an administrative claim in the Bankruptcy Case in that amount; and

(b) that this Court grant such other and further relief to ArvinMeritor as this Court may deem just and equitable.

## JURY DEMAND

ARM demands a trial by jury on all issues triable of right by a jury.

POTTER ANDERSON & CORROON LLP

By: /s/ Laurie Selber Silverstein
W. Harding Drane, Jr. (#1023)
Laurie Selber Silverstein (#2396)
Theresa V. Brown-Edwards (#4225)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899-0951
Tel.: (302) 984-6000
wdrane@potteranderson.com
lsilverstein@potteranderson.com
tbrown-edwards@potteranderson.com

Dated: April 28, 2006

*Attorneys for Plaintiff ArvinMeritor Inc.*

729596v1

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ARVINMERITOR INC

## DEFENDANTS
FEDERAL-MOGUL CORPORATION

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899-0951

Attorneys (If Known)

Laura Davis Jones
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 Market Street, P.O. Box 8705
Wilmington, DE 19899-8705

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury— Med. Malpractice | 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury— Product Liability | 625 Drug Related Seizure of Property 21 USC | 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | **PROPERTY RIGHTS** | 460 Deportation |
| 151 Medicare Act | 340 Marine / **PERSONAL PROPERTY** | 650 Airline Regs. | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / 370 Other Fraud | 660 Occupational Safety/Health | 830 Patent | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | 840 Trademark | 850 Securities/Commodities/ Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 864 SSID Title XVI | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | **FEDERAL TAX SUITS** | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 870 Taxes (U.S. Plaintiff or Defendant) | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | 871 IRS—Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Civil Rights | | |
| | | 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1334(b). Breach of warranty for products sold to plaintiff by defendant, a debtor in a case pending in this District.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  Fitzgerald
DOCKET NUMBER  C.A. No. 01-10578 (JKF) Del. Bkcy

DATE  04/28/2006
SIGNATURE OF ATTORNEY OF RECORD  /s/ Laurie Selber Silverstein

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.