IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARVINMERITOR INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-279 (___) ) ) **JURY TRIAL DEMANDED** |
| FEDERAL-MOGUL CORPORATION, | ) ) |
| Defendant. | ) |

### RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff ArvinMeritor Inc., discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

By: /s/ W. Harding Drane, Jr.
W. Harding Drane, Jr. (#1023)
Laurie Selber Silverstein (#2396)
Theresa V. Brown-Edwards (#4225)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899-0951
Tel.: (302) 984-6000
wdrane@potteranderson.com
lsilverstein@potteranderson.com
tbrown-edwards@potteranderson.com

Dated: April 28, 2006
729982

*Counsel for Plaintiff* ArvinMeritor Inc