⌐AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ARVINMERITOR INC,

                    Plaintiff,

            V.

FEDERAL-MOGUL CORPORATION,

                    Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  ⌐6 - 27 9

TO: (Name and address of Defendant)

Federal-Mogul Corporation
c/o LexisNexis Document Solutions Inc.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Harding Drane, Jr. (#1023)
Laurie Selber Silverstein (#2396)
Theresa V. Brown-Edwards (#4225
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
wdrane@potteranderson.com;
lsilverstein@potteranderson.com; tbrown-edwards@potteranderson.com

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

DATE  4/28/06

CLERK

_Monica Mosley_

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/1/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| PAUL COULBY | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED FEDERAL-MOGUL CORPORATION by SERVING IT'S REGISTERED AGENT, LEXISNEXIS DOCUMENT SOLUTIONS INC, AT 2711 CENTERVILLE RD, WILM DE 19808 A+ 1:25PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/1/06     *Paul H. Coulby*
             *Date*        *Signature of Server*

                          PARCELS INC

                          230 N. MARKET St, WILM DE 19801
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.