# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARVINMERITOR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-279 |
| v. | ) |
| | ) |
| FEDERAL-MOGUL CORPORATION, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT

Plaintiff ArvinMeritor Inc. ("ArvinMeritor") and Defendant Federal-Mogul Corporation ("Federal-Mogul"), through counsel, subject to approval by the Court, agree that the time within which Federal-Mogul may answer or otherwise respond to the complaint is extended to Friday July 21, 2006.

POTTER ANDERSON & CORROON LLP         JONES DAY

By:    /s/ W. Harding Drane, Jr.                By:    /s/ Richard I. Werder, Jr.
    W. Harding Drane, Jr. (#1023)           Richard I. Werder, Jr.
    Laurie S. Silverstein (#2396)            222 East 41st Street
    Theresa V. Brown-Edwards (#4225)    New York, New York 10017-6702
    Hercules Plaza, 6th Floor                Tel.: (212) 326.3880
    1313 North Market Street                 riwerder@jonesday.com
    P. O. Box 951
    Wilmington, Delaware 19899-0951      *Attorneys for Defendant Federal-Mogul*
    Tel.: (302) 984-6000                         *Corporation*
    wdrane@potteranderson.com
    lsilverstein@potteranderson.com
    tbrown-edwards@potteranderson.com

*Attorneys for Plaintiff ArvinMeritor Inc.*

    IT IS SO ORDERED THIS _____ day of May, 2006.

_____
United States District Judge