### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARVINMERITOR INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-279 (JJF) |
| ) | |
| FEDERAL-MOGUL CORPORATION, ) | |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

### SECOND STIPULATION EXTENDING TIME
### TO RESPOND TO THE COMPLAINT

WHEREAS, on May 19, 2006, Plaintiff ArvinMeritor Inc. ("ArvinMeritor") and Defendant Federal-Mogul Corporation ("Federal-Mogul"), filed a stipulation to extend until July 21, 2006 the time for Federal-Mogul to respond to the complaint, and such stipulation was approved and entered by the court on May 23, 2006.

NOW, THEREFORE, subject to approval by the Court, the parties agree that the time within which Federal-Mogul may answer or otherwise respond to the complaint is further extended to Friday, July 28, 2006.

| POTTER ANDERSON & CORROON LLP | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|---|---|
| By: **/s/ W. Harding Drane, Jr.** | By: **/s/ Richard L. Werder, Jr.** |
| W. Harding Drane, Jr. (#1023) | Richard I. Werder, Jr. |
| Laurie S. Silverstein (#2396) | 51 Madison Avenue – 22nd Fl. |
| Theresa V. Brown-Edwards (#4225) | New York, New York 10010 |
| Hercules Plaza, 6th Floor | Tel.: (212) 849-7231 |
| 1313 North Market Street - P. O. Box 951 | rickwerder@quinnemanuel.com |
| Wilmington, Delaware 19899-0951 | |
| Tel.: (302) 984-6000 | *Attorneys for Defendant Federal-Mogul Corporation* |
| wdrane@potteranderson.com | |
| lsilverstein@potteranderson.com | |
| tbrown-edwards@potteranderson.com | |

*Attorneys for Plaintiff ArvinMeritor Inc.*

Dated: July 17, 2006

IT IS SO ORDERED THIS _____ day of July, 2006.

_____
United States District Judge

741443v3