

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 778-6019  Fax

July 28, 2006

**By E-File**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, DE  19801

Re:  *Arvinmeritor Inc. v. Federal-Mogul Corporation*
     Civil Action No. 06-279

Dear Judge Farnan:

The parties have reached an agreement in principle to settle the above case. They will reduce the agreement to writing, and, once the agreement is signed, counsel will file appropriate dismissal papers with the Court.

In the meantime, counsel would be glad to respond to any questions that the Court may have.

Respectfully,

/s/ *W. Harding Drane, Jr.*

W. Harding Drane, Jr.
(DSB ID #1023)

WHD, Jr./nmt

cc: Richard I. Werder, Jr., Esquire (by email)

#743343