IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARVINMERITOR INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-279 (JJF) |
| ) | |
| FEDERAL-MOGUL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER OF DISMISSAL OF THE LAWSUIT

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant hereby stipulate that the above-captioned proceeding is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

POTTER ANDERSON & CORROON LLP

By: _____
W. Harding Drane, Jr. (#1023)
Laurie S. Silverstein (#2396)
Theresa V. Brown-Edwards (#4225)
Hercules Plaza, 6th Floor
1313 North Market Street - P. O. Box 951
Wilmington, Delaware 19899-0951
Tel.: (302) 984-6000
wdrane@potteranderson.com
lsilverstein@potteranderson.com
tbrown-edwards@potteranderson.com

*Attorneys for Plaintiff ArvinMeritor Inc.*

PACHULSKI STANG ZIEHL
YOUNG JONES & WEINTRAUB

By: _____
Scotta E. McFarland (#4184)
919 North Market Street
Suite 1700
P.O. Box 8705
Wilmington, DE 19899-8705
Tel.: (302) 778-6404
smcfarland@pszyjw.com

*Attorneys for Defendant Federal-Mogul Corporation*

Dated: January 5, 2007

IT IS SO ORDERED THIS _____ day of January, 2007.

_____
United States District Judge

PAC 766872v.1

## CERTIFICATE OF SERVICE

I, Theresa V. Brown-Edwards, hereby certify that I am not less than 18 years of age and on January 16, 2007, I served the foregoing **Stipulated Order of Dismissal of the Lawsuit,** by causing a true and correct copy thereof to be delivered to the following in the manner indicated

**Via Hand Delivery and Email**
Scotta E. McFarland
Pachulski Stang Ziehl Young Jones & Weintraub
919 North Market Street
Suite 1700
Wilmington, DE 19801
SMcFarland@PSZYJW.com


**Via First Class U.S. Mail**
Richard I. Werder, Jr.
Jones Day
222 East 41st Street
New York, NY 10017-6702

Under penalty of perjury, I declare the foregoing to be true and correct.

　　　　　　　　　　　　　　　　　　/s/ Theresa V. Brown-Edwards
　　　　　　　　　　　　　　　　　　Theresa V. Brown-Edwards

PAC 767723v.1